IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRENDA SMITH,

    Plaintiff,

v.                                      CASE NO.  5:04cv411-RH/WCS

BAY COUNTY, FLORIDA,
et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the Magistrate Judge's Report and Recommendation (document 17), to which no objections have been filed. The Report and Recommendation is correct and will be adopted as the opinion of the court, with this additional note.

After issuance of the Report and Recommendation, the Supreme Court rendered its decision in *Exxon Mobil Corp. v. Saudi Basic Indus. Corp.*, 125 S. Ct. 1517 (2005). There the Court clarified the scope of the *Rooker-Feldman* doctrine:

> The *Rooker-Feldman* doctrine, we hold today, is confined to cases of the kind from which the doctrine acquired its name: cases brought by

> state-court losers complaining of injuries caused by state-court judgments rendered before the district court proceedings commenced and inviting district court review and rejection of those judgments.

*Id.* at 1521-22.

While plaintiff's amended complaint in the case at bar is hardly a model of clarity, it includes the following relevant accusations: that an "illegal certificate of title" was issued (Amended Compl. (document 16) at 3); that defendants "use[d] the judiciary for a tool of extortion," *id.* at 4; that the defendant judge conspired with the defendant lawyer to effect the public sale of plaintiff's land, *id.* at 5; and that, after the allegedly illegal acts by defendants, a third party took possession of plaintiff's land on May 27, 2004, *id*. at 9.  Plaintiff also references a Bay County Circuit Court case number of 97-3063-CA.  *Id.* at 5.

To the extent that plaintiff seeks to reverse a judgment entered against her by the Bay County Circuit Court, her efforts are barred by *Rooker-Feldman*.  It seems obvious from the face of the complaint, and from her description of the procedural history of her case, that indeed plaintiff seeks federal review of the outcome of the state court litigation.  Plaintiff's claims also are deficient in the additional respects identified in the Report and Recommendation.[1]

---

[1] The only additional clarification is that, in appropriate circumstances, a private person may of course be held liable under §1983 if he or she acts in concert with a state official.  I do not adopt or rely upon the Report and Recommendation to the extent, if any, that it could be read to suggest otherwise.

For these reasons,

IT IS ORDERED:

The Report and Recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "Plaintiff's claims are dismissed." The clerk shall close the file.

SO ORDERED this 8th day of May, 2005.

s/Robert L. Hinkle<br>Chief United States District Judge